UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOO THINZAR KO, also known as Brittany Ko,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>Defendants. | CASE NO. 2:25-cv-01443-JNW<br><br>ORDER TO SHOW CAUSE |

On review of the record, it appears that Plaintiff Phoo Thinzar Ko has failed to serve Defendants within the time limits set by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m). Accordingly, the Court ORDERS Ko to show cause why this case should not be dismissed by filing a written response with the Court within SEVEN (7) days of this order. Failure to respond will result in dismissal of this action. The Clerk is DIRECTED to add this deadline to the Court's calendar.

ORDER TO SHOW CAUSE - 1

Dated this 25th day of February, 2026.

Jamal N. Whitehead
United States District Judge