UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHOO THINZAR KO, also known as
Brittany Ko,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; JOSEPH
B. EDLOW, Director, United States
Citizenship and Immigration Services,

Defendants.

CASE NO. 2:25-cv-01443-JNW

ORDER DISMISSING CASE

On February 25, 2026, the Court ordered Plaintiff Phoo Thinzar Ko to show cause why she had not served Defendants in this matter. The deadline to respond to the Court's order has passed, and Ko has not responded. The Court warned that failure to respond would result in dismissal of this case without prejudice under Federal Rule of Civil Procedure 4(m). Accordingly, the Court DISMISSES this case without prejudice. The Clerk of the Court is DIRECTED to CLOSE this case and TERMINATE all pending deadlines.

ORDER DISMISSING CASE - 1

Dated this 10th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE - 2